UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA



FILED
OCT 0 6 2015
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

UNITED STATES OF AMERICA,

      Plaintiff,

v.

EDDIE ANTHONY TOVAR

      Defendant.
_____/

Case No. 2:15-cr-00040-JAM

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO: THE UNITED STATES MARSHAL SERVICE.

    This is to authorize and direct you to release EDDIE ANTHONY TOVAR, Case No. 2:15-cr-00040-JAM, from custody for the following reasons:

| | |
|---|---|
| ___ | Release on Personal Recognizance |
| ___ | Bail Posted in the Sum of $____ |
| ___ | Unsecured Appearance Bond |
| ___ | Appearance Bond with 10% Deposit |
| ___ | Appearance Bond with Surety |
| ___ | Corporate Surety Bail Bond |
| _X_ | (Other): Defendant released due to TIME SERVED of 3 months Imprisonment. |

Issued at Sacramento, California on 10/6/2015 at 10:00 a.m.

_____
John A. Mendez
U. S. DISTRICT COURT JUDGE